UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WENDAL MILLS, a/k/a WENDAL ROBERT MILLS, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:09-CV-0263-G (BD) |
| ELIZABETH MILLS, | ) ) | **ECF** |
| Defendant. | ) | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and

the findings and recommendation of the United States Magistrate Judge in

accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and

recommendation of the magistrate judge are correct, and they are hereby accepted as

the findings of the court.

**SO ORDERED**.

April 8, 2009.

_A. JOE FISH_
**A. JOE FISH**
**Senior United States District Judge**